# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

Jacob Gardner, Ryan Acosta, Matthew Acuff, )
Jimmy Adams, Caro Adkins, Derric Adkins, )
Michael S. Adkins, Robert Adkins, Forrest )
Adkisson, Gregory Lee Adkisson, Kevin )
Adwell, Kenneth R Ainsworth, Keith Allison, )
Michael Allison, Courtney Anderson, Donald E. )
Andrews, Mitchell Allen Andrews, Shawn M Angel, )
Amanda Arender, Alan Armentrout, Shawn Armes, )
David Aruta, Dylan Ashburn, Jeremy Bailey, Ricky )
Bailey, Michael Baird, Andrew Baker, James D. ) Civil No: 3:24-cv-436
Baker, Joe B Baker, Ryan T Baker, Eric F Baldwin, )
Christopher Ball, Craig Banks, Jameson Barnes, )
Katie Basler, Derrick Bass, David Baughcum, ) (Jury Demand)
Zachary Baughcum, Trevor Bean, Zachary Beard, )
Allison Beasley, Darren Beatty, David C. Bedwell, )
Randall Beene, Jordon Beets, Conner Bell, )
Charles Berrong, Jacob Bianculli, Chadwick )
Bishop, Brody Bivens, Deborah Black, Colton )
Blakney, Jennie Blakney, Jacob Blankenship, )
Kevin Bloodsworth, Devin Boggs, Rick Bolden, )
Stoney Bolton, Alex Boone, Eric Borseth, )
Randell B Boston, Gary Paul Bowlin, Clinton C. )
Boyd, Marshall Boyd, Darik Brackett, Rudy )
Bradley, Isiah Bradshaw, David L Branam, Ronny )
Brannon, David Bray, Dustin S. Bray, Jeremy )
Shane Brewer, Stephen E. Brock, Travis Brock, )
Marcus Brockett, Aliyson Brooks, David Brown, )
Garlon Brown, Matthew Brown, Michael Brown, )
William A. Brown, Simon Buchkovich, Donnie )
Buck, Anna Buckingham, Jonathan Bullard, )
Trenton C. Bullington, Craig Bullock, Richard )
Bullock, Steven Bullock, Dylan Bunch, Noah Bunch, )
M.T. Burchfield, Bobby Burke, Brendan Burnam, )
Logan Burnell, Jacob Burnette, Zachary Burnette, )
Savanna Burnum, Garrett Burrell, George Butler, )
Jason Byrd, Charles Ashton Byrge, James D. )
Cagle, Doug Campbell, Joshua Campbell, Michael )
S. Cansler, Scotty Capooth, Tolleigh D. Capps, )
Samuel Cardwell, Kyle Carney, Jonathan W. )
Carroll, Kelsey Carson, Joseph A. Carter, )
Princeton Carter, Thomas L. Carter, Jr., Joseph )

Cash, Michael Caylor, Spencer Caylor, Joseph ）
Chambers, Jeff Chapman, Ronald Chapman, E. ）
Chatman, Daniel Choate, Bradley Claborn, Jason ）
Scott Clark, Landon Clark, David Jeremy Coffman, ）
James M. Cole, Ezra Coleman, James C. Collett, ）
Phillip Conner, Walter S Conner, Robert E. Cooper ）
William Cooper, Kurt Corwin, Andrew Courtney, ）
John Cowan, Andrew Cox, Dustin Cox, Lemuel ）
Cox, Logan Cox, Robert F. Cox, Gary Crabtree, ）
Levi Crabtree, Thomas Crabtree, James Scott ）
Crawford, Robert Cronnin Jr., Coty Cross, Sally ）
Crouch, Danny Crowe, Jack Alan Cruse, Justin ）
Csanadi, Nick Cunningham, Michael Cupp, Wilbur ）
Curtis, Jonathan T. Dailey, Thomas Daniel, Ethen ）
Daniels, Corey Davis, Leroy Davis, Marty Davis, ）
Richard Andrew Davis, Robert Davis, Antoinette ）
J. Day, Phillip A. DeBusk, Candyce DeFee, Jordan ）
L. Denny, Robert DeVaney, Dustin T. Dinwiddie, ）
John Kelley Dobbs, Jeremy Dorsett, Barry Joe ）
Dowdy, William D Drennen, Vannessia Dula, ）
Wallace Neal Dulling, Amber Duncan, Brandon ）
Duncan, Elijah Duncan, Joshua Duncan, Micah ）
Duncan, Thomas L. Duncan, Thomas S Duncan, ）
Justin Dupas, Samuel P Dutton, Curtis Dyer, ）
Danny Edmonds, Adam T. Edwards, Dylan ）
Eichenberger, Henry R. Eldridge Jr., Jason Elliott, ）
Mackie Dean Elliott, Michael Elwood, Haci Mehmet ）
Eminoglu, Charles Anthony England, Claude ）
Evans, Gavin Evans, Hayden Everett, Tommy Ezell ）
Ronald Fairchild, Kelvin Farley, David Farmer, ）
Robert Farmer, Tristan Farr, Bruce Ferguson III, ）
Bruce W. Ferguson Jr., Keith Ferranti, Randall Fields, ）
Robert Seth Fields, Ron Fisher, Cory Fleury, Matthew ）
Ford, Mark D. Fosher, Allison Foust, Mary Foxworthy, ）
David Fraker, Jeff Fraker, Ronald W. France, Zach ）
Franks, Timothy Jacob Freels, Russell French, ）
Aaron Freytag, Rony Fross, Lucas Frye, Cameron ）
Gaines, Jordan Galloway, Tim A. Galyon, George ）
Garibay, Robert Garner, Logan Garrett, Stephen ）
Garrett, Aundrae L George, Tim Gibby, David L. ）
Gibson, Shannon Gibson, Michael Giles, Xan Giles ）
Daniel Gillis, Timothy D Gillispie, William C. ）
Gilmore, Grace Goddard, Darren Goins, Dan ）
Goldberg, Randy Golliher, Clyde Goosie, Jr., ）
Christopher Gorman, Ryan Gossett, Danny Graham ）
Trent Graves, Samantha Gray, Jeffrey Greene, ）

Charles Gregory, Robert F. Gregory II, Trevor )
Griffith, Zachary Grindle, Matthew Grizzle, )
Edward Grygiel, Kelsey Gumm, Johathan Hagler, )
James E. Hall, Mark Hall, Tommy Hall, Alexander )
Halouma, Adrian Hamby, Dustin Hamby, Joshua )
Hamby, Gordon Barry Hamilton, Joseph D Hamilton, )
Steve Hammock, Tommy Hancock, Forrest A. )
Hanson, Jr., Daniel Harmon, Jason Harmon, )
Nicholas Harnan, Chris Harness, Terri Harney, )
Albert Jr Harper, Theodore Lee Harrell Jr., James )
Harrison, Tanner Harrison, Douglas Hart, William )
Hatmaker, William F. Hatmaker, Keenen Hawkins, )
Caleb Hawn, Jason Hawn, Kevin Heidel, Steve )
Heinze, Brandon Helton, Joseph T. Helton, )
Lloyd Gene Hileman, Christopher Ryan Hill, )
Matthew Himes, James Hinds, Micah Hogan, )
Bradley Holmes, Ben Holten, Mason Hooper, )
Wesley Horan, Dylan Howard, Robert Howard, )
Seth Howard, Jason Howerton, James Patrick )
Hubbard, Justin Hubbs, Brody Hudson, )
Christopher Human, Dean Humphrey, Hunter )
Humphreys, Joseph Humphreys, Bradley Hunley, )
Dustin Hurt, Jeremy Ingram, Erica Inklebarger, )
Jeremy Isabell, Christopher T Ivnes, James Kevin )
Jackson, Timothy W Jackson, Daryl Jarnigan, )
Patrick Jenkins, Sharon Jenkins, Cody Jerger, )
Johnny W Jobe, Chadwick Johnson, Chris )
Johnson, Jeffery Millar Johnson, Matthew D. )
Johnston, Austin Jones, Dillan Jones, Lance )
Jones, Ryan Jones, Josh Joslin, Derrick Justes, )
Mallory Keeton, Daniel Evan Keller, Phillip Keller, )
Taylor Keller, Christopher B Kennedy, Hannah )
Nichole Kennedy, Jerry Kennedy, Martin D. )
Kennedy, Robert Kennedy, Jonathan Kidd, Kenneth )
Todd Kidd, David Zachary Kidwell, James Eddie )
Kindred, Dalton King, Joshua B King, Jerome Kirk, )
Joshua Kirk, Amy L. Kitts, Kevin Kitts, Michael D. )
Kitts, Steven Kraemer, Todd Kramer, George )
Krueger, Jared Ladd, Chris Lamb, Jonathan C. )
Lambert, Johnathan Landrum, Dustin Lane, Nathan )
Langley, William Lattimore, James Lawhorn, )
Ralph E Laws, Austin Laymance, Rusty Laymance, )
James Layne, Joseph Leach, James Ledbetter, )
Will Ledford, Lane Allen Lee, Michael Lee, Ronnie )
Lee, Nathan Leffew, Noah Leffew, Jackson Leinart, )
Jason Ray Lewallen, Bradley Lewelling, Gary Lively )

3

Nathan Lively, T. Garrett Livingston, Lance Longshore, Alfredo Lopez, McKinley Lough, Chase Lowe, Jack Lowe, Jesse Lowe, Logan Lowry Anthony Lucas, James A. Lyles, Joey D Marlow, James Cory Marsee, Barry Martens, Daniel Martin, Kevin Martin, Kimberly Mashburn, Austinn Massengale, Trevor J. Massengale, Stephen Mathes Jonathan Mathis, Dustin May, Alisha Mayor, Jordan Mayton, Michael Mayton, Walter S Mayton, Jacob McCarter, Charles McClur Jr., Dustin McCoig, Hilbert Lee, Jr. McCombs, Holdin McDaniel, Tommy K McDeerman, Torey McDonald, Dennis B. McElhaney, Rickey McElhaney, Tiffany McFalls, Jacob McGee, Nathan McHenry, Joseph B McLain, Wes Mcloud, Joseph McNabb, Lacie McNabb, Eric McNutt, Daniel K McPeek, Steven McPeek, Marcus McPherson, David Mees, Timothy D. Melhorn, Jackie M Mellott, Matthew Chad Melton, Alexander Keith Merritt, Donald L. Merritt Jr., Shane Merritt, Justin Miller, Jacob Mills, Amy Miner, Curtis Mitchell, Constance A Montgomery, Brandon Moore, Charles W. Moore, Jeffery Moore, McKenzie Moore, Taylor Moore, Brandon Morgan, Joe Morgan William E Morris, William Dave Moser, Braxton Mosley, Jeffrey Scott Moss, Autumn Murphy, Jerry L. Murray, Jonathan Musnicki, Tavin Napier, Josh Navarro, Austin Navman, Matt Neeley, Tracy Shawn Nelson, Logan Newberry, Brian Nichols, Chris L Nix, Cody Nixon, Michael Noe, Denis Obradovac, Michael Ogg, David Orr, Zachary Page Christopher Parks, Landon Parks, Scott Parmer, Caleb S. Parrott, Alan Parsons, Sylvia Parsons, Brandon Parton, Kyle Pate,Brandon Patterson, Harold L. Jr. Patterson, Nicholas Patterson, Travis Payne, John Peery, Raul Perez, Jeffery Pesterfield, Alexandra Phillips, Dalton Phillips, Marcus O. Phillips II, Ryan Phillips, Contessa Pierre, Francois Pierre, Michael S Pilkey, Jon-David Pinkard, Joseph Plaisance, Terry Plummer, Andrew Poulsen, Jonathan S Powell, Chris Powers, Dennis L. Powers, II, Mark Prater, Aaron Pratt, Charles Pressley, Randy Pressley, Jason Proffitt, Frank L. Qualls, Lonnie Queener, Brandon Aaron Rader, Dustin Ramsey, William T. Ratledge, Jeremy Ratliff, Johnny Redmon, Gary D. Reece, Rodney R. Reeder Jr., Chris Reynolds, Connor Rhome,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

4

Gabriel Richards, Adam Rickard, Stephan Riley,  )
Rhonda Johnson-River, Jeffrey Roberts, Mike  )
Roberts, Zane Roberts, Brad Robinson, Rodney  )
Rogers, Richmond Ronrikonrateh, Dyllan Roulette  )
Joel Royal, Chase Rudd, Daniel Rudder, Robert  )
Russell, Kevin Rustad, Patrick W Ryan, Travis  )
Sands, Joseph Sanford, Alma Sargent, Nevin  )
Scarbro, Michael Seiber, William Seiber, Greg  )
Seigmund, Hayden Settle, Noah Sexton, John R.  )
Shannon, Matthew Blake Shannon, Andrew Sharp,  )
Damon Shaw, Stanley Phillip Sherrod, Judah  )
Sherrouse, Michael Shirks, Michael Shumaker,  )
Brennan Siebert, Derrick Sills, Cody Jake Simpson  )
Johnny Simpson, Timothy Sisson, Michael Jake  )
Sisum, Kirk Sliger, Clayton Smith, Corey Smith,  )
Larry D. Smith, Richard Smith, Wesley Smith,  )
Matthew Sneed, Phillip Snyder, Ryan Souza, Dustin  )
Spires, Brett Spradlen, Jessica Spradlen, Ryan  )
Spurling, James M Stanfield, Raymond M. Stapp,  )
Brett Starrett, Steven Stedam, Anthony Stephens,  )
Mack L. Stephens Sr., William H Stephenson III,  )
Zachary Stewart, David L. Stone, Monty Stoval,  )
Stephan Craig Strike, Luke Stubbs, Nicholas  )
Suddath, Alex Sullivan, Jeffery E Summers,  )
Daniel Surrett, David A Swicegood, Cody A. Tapp,  )
Lucas Tarver, Eric Taylor, Erica Taylor, Michael C.  )
Taylor II, Mike Taylor, Tyler Taylor, Joseph Teixeira  )
Jack Thomas, Timothy Thomas, Billy W Thompson  )
Cory Thompson, Jacob Thompson, Tyler  )
Thompson, Clarence Threat, Henry Tilley, Derrik  )
Tinker, Michael Elliott Tinsley, Ausin Todd,  )
Charles W. Tompkins II, Priscilla Treadway, Joseph  )
Treadwell, Ronald Trent, Jonathan Trentham,  )
Homer Lee Trout Jr., Lewis Lee Turpin, Tanner W.  )
Turpin, Victoria Turpin, Dylan Vann, Jordan Vann,  )
Thomas Vann, Christopher Vanosdale, Armondo  )
Vega, Corey Verner, Jared H Verner, Sierra Wade,  )
Billy Jo Walker, Jerry Walker II, William T Walker,  )
David Ward, Tony M. Ward, Gregory A Warnock,  )
Jason Watson, Jaylyn Watters, James W. Watts,  )
James Arthur Webb, Jeffrey C Webb, Ronald A  )
Webb Jr., Christopher C Webster, West Weir, David  )
Weismuller, Derrick Welchance, Michael Eric Wells  )
Sean Wesner, Bryson White, James White, Landon  )
White, Terry Whitlock, Ronnie Whitted, Bradley  )
Whittenburg, Randall Wicks, John Wilder, Adam  )

5

| | |
|---|---|
| Williams, Chancellor James Williams, David J.<br>Williams, Johnny R Williams, Michael Williams,<br>Rodney A Williams, Thomas Williams, James J.<br>Willis, Rodney Willis, Adam Wilson, Boone Wilson<br>Jacob Wilson, Jarrett Wilson, Jeffrey Scott Wilson<br>Ronald Wilson, Terry Wilson, Travis Wilson, Phillip<br>Wiseman, Xavier Witherspoon, David Wolfe, Justin<br>Womack, Amy Woods, Troy Woods, James Woody<br>Gary Wright, Ralph Wynn, Stephen Yarber, Baylee<br>Young, Corry Young, Kesler Young,<br>Roy Lee Young<br><br>    *Plaintiffs,*<br><br>vs.<br><br><br>Consolidated Nuclear Security, LLC,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

## COMPLAINT

---

Plaintiffs, by and through counsel, hereby set forth their complaint against Consolidated Nuclear Security, LLC, as follows:

### I.  INTRODUCTION

1.  Plaintiffs bring this action against Consolidated Nuclear Security, LLC ("CNS") for legal relief to redress unlawful violations of Plaintiffs' rights under the Fair Labor Standards Act of 1938, as amended, ("FLSA" or "the Act"), 29 U.S.C. §201, *et seq*., to remedy violations of the wage provisions of the Act by the Defendant which have deprived the named Plaintiffs of their lawful wages.  This suit is brought on behalf of the named Plaintiffs pursuant to §216(b) of the Act.

6

2. This action is being brought to recover unpaid overtime compensation owed to the Plaintiffs, current or past employees of Defendant, pursuant to the FLSA. Plaintiffs have been employed by Defendant in numerous crafts as non-exempt employees. Specifically, Plaintiffs worked for Defendant under a management and operating contract with the National Nuclear Security Administration (NNSA) in Oak Ridge, Tennessee, at the Y-12 facility.

3. For at least three years prior to the filing of this Complaint and continuing until September 10, 2024, Defendant committed violations of the FLSA by requiring and/or suffering and/or permitting Plaintiffs to work more than forty hours per week without paying them for all overtime pay at a rate of one and a half times higher than their regular rate of pay as required by law.

4. Plaintiffs seek injunctive and declaratory relief; overtime premium for all overtime work required, suffered and/or permitted by Defendant; liquidated damages; prejudgment and post-judgment interest; attorney's fees; costs; and all other damages permitted by 29 U.S.C. §216(b) or other provisions of the FLSA.

## II. THE PARTIES

5. Plaintiffs currently reside or formerly resided in the Eastern District of Tennessee and are citizens of the United States. Plaintiffs were employed by Defendant, for the purposes of this civil action, during part or all of the three years prior to the filing of this action.

6. During their employment with Defendant, Plaintiffs were paid an hourly rate of pay as required by their collective bargaining agreement. While employed by

Defendant, Plaintiffs regularly worked more than 40 hours per week but did not receive all overtime compensation to which they were entitled under the Act.

7.      At all times material to this action, Plaintiffs were Defendant's "employees" as defined by §203(e)(1) of the FLSA and worked for Defendant within the territory of the United States, specifically in the Eastern District of Tennessee, for part or all of the three-year period preceding the filing of this lawsuit. These same individuals are further covered by §207 of the FLSA for the period in which they were employed by Defendant.

8.      Defendant is a Delaware corporation engaged in commerce as defined by the FLSA and which provides services for the federal government at the Y-12 National Security Complex and has its place of business at 301 Bear Creek Road, Oak Ridge, Tennessee 37830. Plaintiffs will attempt to serve process on Defendant through Waiver of Service of Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. Alternatively, Defendant may be served with process through its registered agent, United Agent Group, Inc., 205 Power Place, Brentwood, Tennessee 37027-7522.

9.      Defendant CNS has been the "employer" of the named Plaintiffs as defined by Section 203(d) of the FLSA.

10.     Defendant is subject to personal jurisdiction in the State of Tennessee for the purposes of this lawsuit.

11.     The overtime provisions set forth in §207 of the FLSA apply to Defendant's business and govern its business operations and activities.

8

## III. JURISDICTION AND VENUE

12.     This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331, federal question jurisdiction, and pursuant to 29 U.S.C. § 216(b).

13.     Venue is proper in the Eastern District of Tennessee where all violations occurred and where Defendant's place of business was located.

## IV. VIOLATIONS OF THE FLSA

14.     Defendant has intentionally and repeatedly engaged in a practice of improperly and unlawfully failing to pay non-exempt employees, including Plaintiffs, in violation of the FLSA and corresponding federal regulations.

15.     Defendant has intentionally and repeatedly engaged in the practice of under-reporting the hours worked by its non-exempt employees in violation of the FLSA. In addition, Defendant's agents and/or employees have required Plaintiffs to engage in work before the designated starting time and after the designated quitting time changing clothes and performing miscellaneous work activities.

16.     Defendant knew that it was required to compensate Plaintiffs for activities after the triggering of the continuous workday because hourly CNS employees such as guards, guard supervisors, and firefighters are compensated under similar circumstances for changing clothes.

17.     By its actions alleged herein, Defendant willfully, knowingly, and/or recklessly violated the FLSA and corresponding federal regulations.

18.     Defendant willfully and intentionally engaged in a pattern and practice of violating the FLSA as detailed herein, by preventing or endeavoring to prevent the proper

9

compensation of Plaintiffs in accordance with §207 of the FLSA. Defendant has intentionally and repeatedly engaged in the practice of under-reporting hours worked by its non-exempt employees in violation of the FLSA. In addition, Defendant's agents and/or employees have specifically required Plaintiffs to do the following:

a) work off the clock when performing miscellaneous work activities.

b) engage in waiting time and walking time without counting the time as hours worked after performing the first principal work activities to begin the continuous workday and not counting hours worked before the last work activities at the conclusion of the workday.

c) engage in principal work activities that expose Plaintiffs to substantial hazards, including but not limited to electric shock or arc-flash, fire, physical hazards, radiological, uranium, beryllium, asbestos, lead, hexavalent chromium, lithium, biologic agents, transuranic waste, or other toxic substances.

d) without pay, change into and out of required Defendant-provided clothing, including but not limited to flame resistant and/or arc-rated clothing, shirts, pants, coveralls, jackets, raincoats and rain pants, socks, undergarments, safety boots, safety glasses, and other protective clothing, that is integral and indispensable to Plaintiffs' principal activities despite Defendant not qualifying for the exception for clothes changing under 29 U.S.C. §203(o).

## V. SCOPE OF DEFENDANT'S LIABILITY

19. Plaintiffs bring this action on behalf of Defendant's non-exempt hourly employees who have been improperly compensated in violation of the FLSA.

10

20.     Plaintiffs were employed directly by Defendant in jobs within work groups defined by the CNS collective bargaining agreement with the Atomic Trades and Labor Council

21. Defendant issued compensation to Plaintiffs during their employment with Defendant.  Plaintiffs were not compensated for all overtime hours to which they were entitled under the FLSA.

22.     As a result of Defendant's violations of the FLSA, Plaintiffs have suffered damages by failing to receive their lawful overtime wages in accordance with Section 207 of the FLSA.

23.     Prior to September 10, 2024, Defendant made no good faith effort to comply with the FLSA's requirements to properly compensate Plaintiffs and other similarly situated employees for overtime worked.

24.     On September 10, 2024, Defendant began to implement changes to comply with FLSA requirements by correcting its unlawful pay practices as part of a settlement agreement reached in a nearly identical case before this Court, *Hutzler, et al. v. Consolidated Nuclear Security, LLC*, No. 3:21-cv-00304-TAV-DCP.  In *Hutzler*, the parties negotiated a resolution to the same issues presented in this case, and this Court approved that settlement on August 27, 2024, finding that the negotiated resolution was a fair and reasonable compromise of a bona-fide dispute.

25.     Plaintiffs in the present case are similarly situated to the plaintiffs in *Hutzler* and make identical allegations that Defendant CNS violated the FLSA when it failed to pay them required overtime wages for work performed in the same scope and manner as the *Hutzler* plaintiffs. Specifically, Plaintiffs in this case are similarly situated to the

11

plaintiffs in *Hutzler* because Defendant CNS has required them to perform miscellaneous work activities, including changing clothes, walking, and waiting, before the designated starting time and after the designated quitting time without compensation as required by the FLSA.

26. As a result of the unlawful acts of Defendant prior to September 10, 2024, Plaintiffs have been deprived of their rightful wages, including overtime compensation, in an amount to be determined at trial. Plaintiffs are entitled to recovery of such amounts, declaratory and injunctive relief, liquidated damages, pre-judgment interest and post-judgment interest, attorney's fees, costs, and all other compensation and relief permitted by the FLSA.

27. Contemporaneously with the filing of this complaint, each Plaintiff has filed his or her Consent to Become Party Plaintiff, attached hereto as Exhibit A.

## VI. PRAYER FOR RELIEF

Wherefore, Plaintiffs pray for the following relief:

A. That the Court enter a declaratory judgment that the practices complained of herein are unlawful under the FLSA and that Defendant knowingly and willfully violated the FLSA;

B. That an injunction issue against Defendant and its officers, agents, successors, employees, representatives, and any and all persons acting in concert with them as provided by law, prohibiting them from engaging in the unlawful practices, policies, and patterns set forth herein in violation of the FLSA;

12

C.  That Plaintiffs be awarded damages, including liquidated damages and overtime compensation owed to them under the FLSA in an amount to be determined at trial;

D.  That Plaintiffs be awarded costs and expenses for this civil action, including reasonable attorneys' fees and expert fees;

E.  That the Court award pre-judgment and post-judgment interest, as provided by law;

F.  That the Court award such other and further legal and equitable relief as this Court deems necessary, just, and proper.

G.  Plaintiffs request a jury trial on all questions of fact raised by this Complaint.

s/*Garry Ferraris*
Garry Ferraris (BPR # 016086)
333 Huxley Road
Knoxville, TN  37922
(865) 256-3515
gferraris@ferrarislaw.com


s/ *Jennifer B. Morton*
Jennifer B. Morton (BPR # 015585)
Summer H. McMillan (BPR # 020296)
**JENNIFER MORTON LAW, PLLC**
8217 Pickens Gap Road
Knoxville, TN 37920
(865) 579-0708
jen@jmortonlaw.com
summer@jmortonlaw.com


*Attorneys for Plaintiffs*

13

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of December 2025, the foregoing Amended Complaint with consent forms was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties specified on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access the filing through the Court's electronic filing system.

_s/Jennifer Morton_
Jennifer Morton

14